No. 22-1749

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

HARMON WILLIAMS,
Plaintiff-Appellee,

v.

STEPHEN GULICK
Defendant-Appellant.

On Appeal from the United States District Court for the
Western District of Arkansas
No. 4:20-cv-04079-SOH-BAB (Hon. Susan O. Hickey)

**Defendant-Appellant's Motion for Voluntary Dismissal**

**COMES NOW** Defendant-Appellant Stephen Gulick, by and through his counsel, Attorney General Tim Griffin, and Assistant Attorney General Andrés Rhodes, and for his Motion for Voluntary Dismissal, states:

1. Defendant-Appellant Stephen Gulick, a parole officer employed by the Arkansas Division of Community Correction, filed this appeal asking the Court to reconsider the District Court's denial of his motion to dismiss based on qualified immunity as to Plaintiff-Appellee's claims against him.

2. The case has been fully briefed by the parties and is currently scheduled for oral argument on June 14, 2023.

3. Based on a review of the record and consideration of the procedural posture of the case in the lower court, Defendant-Appellant moves for a dismissal of his appeal pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure.

4. Undersigned counsel attempted to confer with counsel for Plaintiff-Appellee on Friday, June 2, 2023, but has not heard back from him as of the filing of this Motion.

5. Defendant-Appellant is aware of Federal Rule of Appellate Procedure 39, which governs taxation of costs upon dismissal.

**WHEREFORE**, Defendant-Appellant Stephen Gulick respectfully requests that the Court grant this Motion, dismiss the instant interlocutory appeal, and return the case to the District Court for further litigation.

Respectfully Submitted:

TIM GRIFFIN
  Arkansas Attorney General
ANDRÉS F. RHODES
  Assistant Attorney General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
 323 Center St., Suite 200
 Little Rock, AR 72201
 (501) 682-1080
 ANDRES.RHODES@ARKANSASAG.GOV

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 206 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

/s/ Andrés Rhodes
Andrés Rhodes

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Eighth Circuit Court of Appeals by using the appellate CM/ECF system on June 5, 2023.

I cannot further certify that the following non-CM/ECF participant will be served by First-Class U.S. Mail, postage prepaid, within three calendar days because no address has been provided for service.

Harmon Williams, ADC #101370

/s/ Andrés Rhodes
Andrés Rhodes