# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1749

_____

Harmon Williams

Plaintiff - Appellee

v.

Detective Reyn Brown, Hope Police Department; Officer Daniel Oller, Hope Police Department

Defendants

Stephen Gulick

Defendant - Appellant

Terry Crabtree, Boss, Hope Tyson Feed Mill; Supervisor Daniel Hampton, Hope Tyson Feed Mill; Casey Singleton, Hope Police Department; Detective Daniel Lauterbach, Hope Police Department

Defendants

_____

Appeal from U.S. District Court for the Western District of Arkansas - Texarkana
(4:20-cv-04079-SOH)

_____

## JUDGMENT

Before GRUENDER, KELLY, and GRASZ, Circuit Judges.

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 09, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans